# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:07-cr-0172-KJD-RJJ |
| vs. ) | **O R D E R** |
| ) | (Motion for Recusal–#103) |
| MARK LEE CHRISTIAN, ) | |
| Defendant. ) | |

Before the Court is Defendant, Mark Lee Christian's **Motion for Recusal of Judge Kent J. Dawson** (#103, filed February 23, 2011). Judge Dawson, having declined to hear the motion, referred it to the undersigned Chief Judge of the District of Nevada.

After review of the motion, it appears that in the interest of assuring an objective review of the matter, the motion be referred to another District Judge for consideration.

IT IS THEREFORE ORDERED that Defendant's Motion for Recusal of Judge Kent J. Dawson (#103) is hereby referred to Senior Judge Howard D. Mckibben for whatever action is deemed necessary and just.

Dated: March 1, 2011.

_____
**Roger L. Hunt**
**Chief United States District Judge**